**Motion Granted; Appeal Dismissed and Memorandum Opinion filed August 16, 2016.**



In The

# Fourteenth Court of Appeals

---

## NO. 14-16-00195-CV

---

### SURETEC INSURANCE COMPANY, Appellant

### V.

### BENJAMIN M. LAWSKY, SUPERINTENDENT OF FINANCIAL SERVICES OF THE STATE OF NEW YORK, AS LIQUIDATOR OF NASSAU INSURANCE COMPANY, Appellee

---

**On Appeal from the 61st District Court**
**Harris County, Texas**
**Trial Court Cause No. 2013-36621A**

---

## M E M O R A N D U M   O P I N I O N

This is an appeal from a judgment signed February 23, 2016. On July 28, 2016, appellant filed an unopposed motion to dismiss the appeal. *See* Tex. R. App. P. 42.1. The motion is granted.

Accordingly, the appeal is ordered dismissed.

PER CURIAM

Panel consists of Chief Justice Frost and Justices Boyce and Christopher.